UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL J SAUNDERS,

        Plaintiff,

v.                                                   Case No. 12-C-301

MICHAEL J ASTRUE,

        Defendant.

**ORDER GRANTING MOTION CONDITIONALLY**

Plaintiff has filed a motion to amend the briefing schedule in the above matter. Unfortunately, Plaintiff's motion does not indicate whether Defendant opposes the motion. Usually, these motions are uncontested and if the Court is advised of that up front, the Court simply grants the motion, assuming the delay requested is not unreasonably long. *See* SPECIAL INSTRUCTIONS TO LITIGANTS, REQUESTS FOR EXTENSION OF TIME at http://www.wied.uscourts.gov/index.php?option=com_content&task=view&id=39. Since Plaintiff has not indicated the Defendant's response, the Court will conditionally grant the motion. In the event Defendant objects, they should notify the Court within the next week. Absent any objection, the motion is granted.

Dated this   20th   day of July, 2012.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge